# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:   PATRICK KAMM & MARJORIE KAMM                    Case Number: 06-70515
118 SOUTH STREET, PO BOX 505
KIRKLAND, IL  60146                SSN-xxx-xx-1892 & xxx-xx-9053

|  |  |
|---|---|
| Case filed on: | 4/3/2006 |
| Plan Confirmed on: | 8/21/2006 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $39,550.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | ATTORNEY CHARLES L FIERZ | 1,900.00 | 1,900.00 | 1,900.00 | 0.00 |
| 013 | ATTY BERNARD NATALE | 2,991.54 | 2,991.54 | 1,991.54 | 0.00 |
|  | Total Legal | 4,891.54 | 4,891.54 | 3,891.54 | 0.00 |
|  |  |  |  |  |  |
| 012 | PATRICIA DAHLQUIST | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | PATRICK KAMM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | CAPITAL ONE AUTO FINANCE | 23,799.01 | 23,799.01 | 21,842.41 | 5,363.90 |
| 002 | CHASE AUTO FINANCE | 6,912.11 | 6,000.00 | 5,794.46 | 205.05 |
| 003 | CHASE HOME FINANCE LLC | 132,121.01 | 0.00 | 0.00 | 0.00 |
| 004 | HOMECOMINGS FINANCIAL | 26,885.85 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 189,717.98 | 29,799.01 | 27,636.87 | 5,568.95 |
|  |  |  |  |  |  |
| 001 | CAPITAL ONE AUTO FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | CHASE AUTO FINANCE | 0.00 | 912.11 | 0.00 | 0.00 |
| 005 | B-REAL LLC | 7,509.06 | 7,509.06 | 0.00 | 0.00 |
| 006 | B-REAL LLC | 27,854.98 | 27,854.98 | 0.00 | 0.00 |
| 007 | LVNV FUNDING LLC | 28,911.94 | 28,911.94 | 0.00 | 0.00 |
| 008 | LVNV FUNDING LLC | 16,354.33 | 16,354.33 | 0.00 | 0.00 |
| 009 | DISCOVER FINANCIAL SERVICES | 14,832.35 | 14,832.35 | 0.00 | 0.00 |
| 010 | LAW OFFICES OF BARRY SEROTA & ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | ECMC | 19,041.69 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 114,504.35 | 96,374.77 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 309,113.87 | 131,065.32 | 31,528.41 | 5,568.95 |

Total Paid Claimant:        $37,097.36
Trustee Allowance:          $2,452.64
Percent Paid Unsecured:      0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liabilility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_____
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008            By  _/s/Heather M. Fagan_____